# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: Edward Jedlinski ) | |
| Lisa Lackowski ) | |
| ) | Bankruptcy No. 12 B 47205 |
| ) | |
| Debtor(s) ) | |
| ) | |

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:  See Attached Service List

Please take notice that the Court will call the above captioned case for status hearing on __February 27, 2014 at 10:30 a.m.__ in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Frances Gecker is to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date: January 10, 2014

In re: Edward Jedlinski & Lisa Lackowski
Bankruptcy No. 12 B 47205

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on January 10, 2014, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*Deborah Smith*
Courtroom Deputy

### Electronic Service through CM/ECF System

represented by Joseph M D'Onofrio
Geraci Law L.L.C.
55 E Monroe St Suite #3400
Chicago, IL 60603
Email: ndil@geracilaw.com

Trustee
Frances Gecker
325 North LaSalle Street
Suite 625
Chicago, IL 60654

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Class Mail

Debtor
Edward Jedlinski
Lisa Lackowski
4906 South Riverside Avenue
McCook, IL 60525